**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NORTH AMERICAN CAPACITY INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**ENCOMPASS POWER SERVICES, INC., CONTINENTAL CASUALTY COMPANY, COLUMBIA CASUALTY COMPANY, ZURICH AMERICAN INSURANCE, and DOES 1 through 100, inclusive,**<br><br>Defendants. | **CASE NO. 2:05-cv-01587-DFL-GGH**<br><br>**ORDER GRANTING DEFENDANT ENCOMPASS' MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Judge:  Hon. David F. Levi<br>Date:   March 29, 2006<br>Time:   10:00 a.m.<br>Court:  Courtroom No. 7 |

On March 29, 2006, Defendant Encompass Power Services, Inc.'s ., f/k/a EDG Power Group, Inc. ("EDG") Motion to Withdraw as counsel of record came on regularly for hearing. The Court, having reviewed the motion and opposition thereto and having heard the oral argument of counsel, and good cause appearing therefor, the Court is of the opinion that the motion should be GRANTED.

Accordingly, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Wayne B. Mason, David C. Kent, Colin R. Batchelor, Stephanie Sheridan and the law firm of Sedgwick Detert Moran & Arnold LLP are permitted to withdraw as counsel of record for defendant EDG in connection with the above-styled litigation.

///

**1**
**[PROPOSED] ORDER ON DEFENDANT ENCOMPASS'
MOTION TO WITHDRAW AS COUNSEL OF RECORD**

It is further **ORDERED** that all future correspondence, pleadings, court orders and other communications be mailed to EDG at the following address:

> John A. Hale, Jr., Esq.
> Disbursing Agent
> Encompass Services Corporation
> P.O. Box 22759
> Houston TX 77227
> john.hale@encompass.com

It is further **ORDERED** that all parties and the Clerk of the Court are directed to take note of this Order and to change their service lists and mailing records accordingly.

**IT IS SO ORDERED**.

DATED: March 29, 2006         /s/ David F. Levi_____
                              DAVID F. LEVI
                              UNITED STATES DISTRICT JUDGE