PETER B. LOGAN [State Bar No. 083652]
LOGAN LAW GROUP, P.C.
San Rafael Corporate Center
750 Lindaro Street, Suite 100
San Rafael, California 94901
Telephone: (415) 451-8200
Telefax: (415) 451-8228

PAUL J. VAN OSSELAER, *Pro Hac Vice*
VAN OSSELAER, CRONIN & BUCHANAN L.L.P.
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone: (512) 225-2800
Telefax: (512) 225-2801

Attorneys for Defendant
**CONTINENTAL CASUALTY COMPANY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>                  Plaintiff,<br><br>          v.<br><br>ENCOMPASS POWER SERVICES, INC., CONTINENTAL CASUALTY COMPANY, COLUMBIA CASUALTY COMPANY, ZURICH AMERICAN INSURANCE, AND DOES 1 through 100, inclusive,<br><br>                  Defendants. | CASE NO. 2:05-CV-01587 DFL-GGH<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT, CONTINENTAL CASUALTY COMPANY**<br><br>**[Local Rule 83-182]** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    1.    Defendant Continental Casualty Company hereby gives notice of a substitution of its counsel of record effective immediately.

    2.    The following counsel are hereby substituted as attorney of record for Continental Casualty Company in place of Paul J. Van Osselaer and the firm of Van Osselaer, Cronin, and Buchanan, L.L.P.:

```
Christopher R. Carroll, Esq.
James W. Gunson, Esq.
**CARROLL MCNULTY & KULL  L.L.C**
120 Mountain View Blvd.
P. O. Box 650
Basking Ridge, New Jersey 07920
Tel.: (908) 848-6300
Fax: (908) 848-6310
```

I consent to this substitution:

DATED:  April 19, 2006                        VAN OSSELAER, CRONIN & BUCHANAN L.L.P.


By: _____
         PAUL J. VAN OSSELAER


I consent to this substitution:

DATED:  April __, 2006                        CARROLL MCNULTY & KULL  L.L.C


By: _____
         CHRISTOPHER J. CARROLL


I consent to this substitution:

DATED:  April __, 2006                        CONTINENTAL CASUALTY COMPANY


By:_____


**IT IS SO ORDERED**

DATED:  May 3, 2006


/s/ David F. Levi_____
         JUDGE DAVID F. LEVI
         UNITED STATES DISTRICT COURT

---

**NOTICE OF SUBSTITUTION OF COUNSEL - PAGE 2**

{1000\0418\03009884.DOC.2.}

## CERTIFICATE OF SERVICE

The foregoing document has been served electronically on all parties who have consented to the CM/ECF system for service and by regular mail on the following counsel of record, who has not yet registered for or consented to service via the CM/ECF system.

*Via U. S. Mail – Not EDCA Admitted*
John A. Hale, Jr., Esq.
Disbursing Agent
**ENCOMPASS SERVICES CORPORATION**
P. O. Box 22759
Houston, Texas 77227
John.hale@encompass.com
*Attorney for Encompass Power Services, Inc., f/k/a EDG Power Group, Inc.*